| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY<br>270 South Tejon<br>Colorado Springs, CO  80903 | **EFILED Document**<br>**CO El Paso County District Court 4th JD**<br>**Filing Date: Oct 12 2011  8:04AM MDT**<br>**Filing ID: 40302348**<br>**Review Clerk: Sarah Vallejo** |
| ELLEN WESSLER and MONTY WESSLER,<br><br>Plaintiffs,<br><br>vs.<br><br>COLONIAL NATIONAL MORTGAGE a division of COLONIAL SAVINGS, F.A.,  WELLS FARGO BANK, MORTGAGE ELECTRONIC REGISTRY SYSTEMS, INC., EL PASO COUNTY Public Trustee,<br><br>Defendants. | ▲ COURT USE ONLY▲ |
| **Attorney for Plaintiffs**<br><br>Gary D. Fielder, #19757<br>LAW OFFICE OF GARY FIELDER<br>5777 Olde Wadsworth Blvd., #R700<br>Arvada, CO 80002<br>criminaldefense@fielderlaw.net<br>Phone:      (303) 650-1505<br>Fax:          (303) 650-1705 | Case No.  11 CV 4689<br><br>Division 5 |

**VERIFIED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE TO ADVERSE PARTIES, AND REQUEST FOR THE SETTING OF A HEARING FOR A PRELIMINARY INJUNCTION WITH NOTICE TO THE PARTIES PURSUANT TO C.R.C.P. 65(a)**

Upon good cause being shown, and being fully advised in the premises, this Court hereby grants Plaintiffs' Verified Emergency Motion for Temporary Restraining Order Without Notice to Adverse Parties, and Request for the Setting of a Hearing for a Preliminary Injunction with Notice to the Parties Pursuant to C.R.C.P 65(a), and hereby restrains the above named Defendants from transferring ownership, title, or other rights to the property located at 4536 Stonehill Road Colorado Springs Colorado 80918, or selling the property at public auction, until this Court has set a hearing for a preliminary injunction or ruled on Plaintiffs' Complaint for Quiet Title Pursuant to C.R.C.P. 105.

Plaintiffs shall post a $500 cash bond no later than 2:00 p.m. on Wednesday, October 2, 2011.

Signed this day of ____ October, 2011.

BY THE COURT

_____
DISTRICT COURT JUDGE

*Denied; set TRO hearing matter for with notice.*

[Signature]
10/14/11