IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  　　　　Date: March 27, 2012
Court Reporter:　　 Kara Spitler

Civil Action No. 11-cv-02683-RBJ

*Parties*:　　　　　　　　　　　　　　　　*Counsel*:

ELLEN WESSLER, and　　　　　　　　　　Gary D. Fielder
MONTY WESSLER,

　　　Plaintiffs,

v.

COLONIAL NATIONAL MORTGAGE,　　　Christopher T. Groen, Reagan Larkin
WELLS FARGO BANK,　　　　　　　　　　Marie E. Williams
MORTGAGE ELECTRONIC REGISTRY
SYSTEMS, INC., and
CASTLE STAWIARSKI, LLC.,

　　　Defendants.

## COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:　　8:35 a.m.**

Court calls case.  Appearances of counsel.  Plaintiff Ellen Wessler appears.

Discussion regarding the background of the case and the promissory note.

Discussion regarding pending motions.

**ORDERED:**   Defendant Public Trustee's Motion to Dismiss and Partial Disclaimer Doc.# [16]
　　　　　　is DENIED AS MOOT.

**ORDERED:**   Motion for Leave to Amend Complaint Doc.# [37] is GRANTED.

**ORDERED:**  Answer to the Amended Complaint is due by **April 10, 2012.**  Response due by **April 20, 2012.**  Reply due by **April 30, 2012.**

**ORDERED:**  Motion to Dismiss by Defendants Wells Fargo Bank and Mortgage Electronic Registry Systems, Inc. Doc.# [30] is DENIED AS MOOT.

**ORDERED:**  Defendant Colonial National Mortgage, A Division of Colonial Savings, F.A.'s Motion to Dismiss Pursuant to C.R.C.P. 12(b)(5) Doc.# [17] is DENIED AS MOOT.

**ORDERED:**  Plaintiff's Motion to Amend Response to Motion to Dismiss Amended Complaint and Supporting Brief by Defendant Wells Fargo Bank and Mortgage Electronic Registry Systems, Inc. by Interlineation Doc.# [46] is GRANTED.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **May 11, 2012.**

Discovery Cut-off: **September 7, 2012.**

Dispositive Motions deadline: **October 5, 2012.**

Parties shall designate affirmative experts **on or before July 6, 2012.**

Parties shall designate rebuttal experts **on or before August 10, 2012.**

Disucssion regarding setting a settlement conference.

**FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE**  is set for **January 25, 2013 at 1:00 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

The parties anticipate a five day jury trial.

**JURY TRIAL** is set for **February 4, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in  Courtroom A-902,  Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,  Colorado 80294.

HEARING CONCLUDED.
**Court in recess:**      **9:19 a.m.**
Total time in court:     00:44