IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02683-RBJ-KMT

ELLEN WESSLER and
MONTY WESSLER,

      Plaintiffs,

v.

COLONIAL NATIONAL MORTGAGE, a division of COLONIAL SAVINGS, F.A.,
WELLS FARGO BANK,
MORTGAGE ELECTRONIC REGISTRY SYSTEMS, INC.,
CASTLE STAWIARSKI, LLC,
JOHN or JANE DOES 1-1000, Unknown Investors,
JOHN ROES 1-20, Undisclosed mortgage aggregators, mortgage originators, loan sellers, trustees of pooled assets, and/or trustees for holders of certificates of collateralized mortgage obligations, and all unknown persons who claim any interest in the subject matter of this action,

      Defendants.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

      This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **February 4, 2013 at 9:00 a.m.**

      A Final Pretrial/Trial Preparation Conference is set for **January 25, 2013 at 1:00 p.m.** Counsel who will try the case shall attend in person.

      During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

      For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 27th day of March, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge